```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 02255
   RONALD P MARSHALL
   CONCEPCION MARSHALL                        CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8327    SSN XXX-XX-0688

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 01/25/2005 and was confirmed 04/04/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 12/12/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO FINANCIAL IL   UNSECURED          648.32           .00          64.83
CHASE AUTO FINANCE         SECURED          18000.00         2266.69     18000.00
CHASE AUTO FINANCE         UNSECURED        18752.90           .00        1875.29
DAIMLER CHRYSLER FINANCI   SECURED          26025.00         3277.22     26025.00
CITIMORTGAGE INC           CURRENT MORTG        .00            .00            .00
CITIMORTGAGE INC           MORTGAGE ARRE     2022.18           .00         2022.18
HARRIS BANK                CURRENT MORTG        .00            .00            .00
COOK COUNTY TREASURER      SECURED            657.10           .00          657.10
LVNV FUNDING LLC           UNSECURED         1381.50           .00          138.15
ECAST SETTLEMENT CORP      UNSECURED        11204.34           .00         1120.43
RESURGENT CAPITAL SERVIC   UNSECURED          471.63           .00           47.16
CAPITAL ONE                UNSECURED        NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         6405.04           .00          640.50
CREDIT FIRST               UNSECURED          677.63           .00           67.76
ECAST SETTLEMENT CORP      UNSECURED         1105.16           .00          110.52
ECAST SETTLEMENT CORP      UNSECURED         3390.43           .00          339.04
WELLS FARGO FINANCIAL      UNSECURED        NOT FILED          .00            .00
DAIMLER CHRYSLER FINANCI   UNSECURED         9221.58           .00          922.16
COOK COUNTY TREASURER      UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED          574.83           .00           57.48
ECAST SETTLEMENT CORP      UNSECURED          730.50           .00           73.05
JOSEPH WROBEL              DEBTOR ATTY       1,200.00                     1,200.00
TOM VAUGHN                 TRUSTEE                                        3,547.71
DEBTOR REFUND              REFUND                                         3,717.20

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  66,169.47

PRIORITY                                         .00
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 02255 RONALD P MARSHALL & CONCEPCION MARSHALL

```
SECURED                                              46,704.28
    INTEREST                                          5,543.91
UNSECURED                                             5,456.37
ADMINISTRATIVE                                        1,200.00
TRUSTEE COMPENSATION                                  3,547.71
DEBTOR REFUND                                         3,717.20
                                 ---------------    ---------------
TOTALS                               66,169.47          66,169.47
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
Dated: 02/28/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```